IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:21-CV-016 (WOB-EBA)

JAMES CLEMONS                                                PLAINTIFF

VS.                         **JUDGMENT**

HILLSHIRE BRANDS COMPANY                                     DEFENDANT

Pursuant to the Memorandum Opinion and Order entered in this matter, (Doc. 71),

It is hereby **ORDERED** and **ADJUDGED** that judgment is **ENTERED IN DEFENDANT'S FAVOR.**

This action is **DISMISSED** and **STRICKEN** from the Court's docket.

This 9th day of June 2023.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

1