UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Apr 11, 2024
KELLY L. STEPHENS, Clerk

No. 23-5622

JAMES CLEMONS,

    Plaintiff-Appellant,

v.

HILLSHIRE BRANDS COMPANY,

    Defendant-Appellee.

Before: LARSEN, NALBANDIAN, and READLER, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Covington.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is **AFFIRMED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk