# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-5622

_____

Filed: May 03, 2024

JAMES CLEMONS

    Plaintiff - Appellant

v.

HILLSHIRE BRANDS COMPANY

    Defendant - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 04/11/2024 the mandate for this case hereby issues today.

COSTS: None